IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD C. ACORD,<br><br>        Plaintiff,<br><br>  vs.<br><br>KINGS COUNTY JAIL,<br><br>        Defendant. | CIV F 05-0137 OWW LJO P<br><br>ORDER TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS **OR** FILING FEE |

       Plaintiff filed this action while incarcerated and is proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff did not pay the $150.00 filing fee, or submit an application to proceed in forma pauperis on the appropriate form pursuant to 28 U.S.C. § 1915 upon his initiation of the case.

       On February 28, 2005 the court issued an Order requiring plaintiff to submit a completed application to proceed in forma  pauperis or pay the $150.00 filing fee.  However, on March 22, 2005, the post office returned the Order to the court marked "Unable to Forward."  On

1

March 22, 2005, the court re-served plaintiff at a new address plaintiff supplied to the court: 470 #B Beech Lane, Lemoore, CA 93245.  On April 1, 2005, the Orders served on plaintiff were again returned to the court with a notation "Not Deliverable as Addressed."

On April 25, 2005, (in case # 1:05-cv-0239 REC LJO P) plaintiff notified the court he was released from custody and was now at 470 #B Brooks Lane, Lemoore, CA 93245.  Due to plaintiff's release and the unresolved fee issue, it is necessary that plaintiff submit an application to proceed in forma pauperis **by a non-prisoner**.  Plaintiff will now be provided the opportunity to submit a new application to proceed in forma pauperis by a non-prisoner **or** pay the $150.00 filing fee.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk's Office shall send to plaintiff the form for application to proceed in forma pauperis **for a non-prisoner;**

2. Within THIRTY days of the date of service of this order, plaintiff shall submit a completed application to proceed in forma pauperis **for a non-prisoner**, or in the alternative, pay the $150 filing fee for this action.

Plaintiff is forewarned that his failure to comply with this order will result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

**Dated:   June 24, 2005**                             /s/ Lawrence J. O'Neill
b6edp0                                                          UNITED STATES MAGISTRATE JUDGE